JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-4537

Attorneys for Plaintiff

E-FILING

Filed
MAY 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR-08 00318 HRL |
| Plaintiff, | VIOLATIONS: 18 U.S.C. §13, assimilating California Vehicle Code 12500(a) - Driving a Motor Vehicle Without a License. |
| vs. | |
| ELIEL GARCIA-LOPEZ, | |
| Defendant. | |

INFORMATION

The United States Attorney charges:

COUNT ONE: 18 U.S.C. §13, assimilating California Vehicle Code §12500(a) - Driving a Motor Vehicle Without a License.

    On or about 24 February 2008, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

ELIEL GARCIA-LOPEZ,

1



INFORMATION
United States of America v. Eliel Garcia-Lopez

1  did unlawfully drive a motor vehicle without a valid driver's license, in violation of Title 18,
2  United States Code, Section 13, assimilating California Vehicle Code Section 12500(a), a Class
3  C misdemeanor.

4
5  DATED: *May 8, 2008*

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                        DAVID R. CALLAWAY
                                        Assistant United States Attorney

(Approved as to form: _____ )
                      Robert N. Michaels, SAUSA

INFORMATION
United States of America v. Eliel Garcia-Lopez

AO 257 (Rev. 9/92)

E-FILING

**Filed**
MAY 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**Northern District of California — SAN JOSE**

CR-08 00318 HRL

**OFFENSE CHARGED**
See Attached

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT — U.S. vs.**
ELIEL GARCIA LOPEZ

Address: 313 Reata St., Salinas, CA 93906

Birth Date: (Optional unless a juvenile)
☑ Male  ☐ Female  ☐ Alien (if applicable)

Place of offense: Fort Hunter Liggett, CA
U.S.C. Citation: See attached sheet

### PROCEEDING
Name of Complainant Agency, or Person (& Title, if any):

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District) Northern District of California, FHL PD

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes," give date filed: Mo. / Day / Year

DATE OF ARREST ▶
Or . . . if Arresting Agency & Warrant were not Federal: Mo. Day Year

DATE TRANSFERRED TO U.S. CUSTODY ▷

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Robert N. Michaels, SAUSA

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS
Process: Summons for arraignment

To appear before Judge Lloyd on 4 August 2008 at 9:30 am
US District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

## ATTACHMENT TO PENALTY SHEET
## U.S. v. ELIEL GARCIA-LOPEZ

**COUNT ONE:** 18 U.S.C., Section 13, assimilating California Vehicle Code CVC 12500(a) – Driving a motor vehicle without a license.

Penalties:   Mandatory Minimum: N/A

Maximum penalty:
Six months imprisonment
$1,000 fine, or both